914

No. 81–1506. FEDERAL ELECTION COMMISSION ET AL. *v.* NATIONAL RIGHT TO WORK COMMITTEE ET AL. C. A. D. C. Cir. Certiorari granted. 

No. 81–680. HERMAN & MACLEAN *v.* HUDDLESTON ET AL.; and

No. 81–1076. HUDDLESTON ET AL. *v.* HERMAN & MACLEAN ET AL. C. A. 5th Cir. Certiorari in No. 81–680 granted. Certiorari in No. 81–1076 granted limited to Question 1 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 640 F. 2d 534.

No. 81–1214. MISSOURI *v.* HUNTER. Ct. App. Mo., Western Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 81–1493. GILLETTE CO. *v.* MINER. Sup. Ct. Ill. Motion of National Association of Independent Insurers et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. 

No. 81–826. AMERICAN COMMERCIAL LINES, INC. *v.* GRIFFITH ET AL.; OCEANIC NAVIGATION CORP. ET AL. *v.* SARAUW; and SILVER BULK SHIPPING, LTD. *v.* MCCARTHY. C. A. 3d Cir. Certiorari denied. Reported below: 657 F. 2d 25 (first case); 655 F. 2d 526 (second case); 661 F. 2d 298 (third case).

No. 81–1231. BEDFORD ASSOCIATES ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.